DATTA NADKARNI (in ProPer)
39270 Paseo Padre Pkwy #212
Fremont, CA 94538
Tel: 408-621-1383



## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| In re the Marriage of:<br><br>DARSHANA VARIA NADKARNI<br><br>Petitioner,<br><br>————————————————<br><br>DATTAPRASANNA G. NADKARNI<br>Respondent | Case No: **1-02-FL-107415**<br><br>SUPPLEMENTAL DECLARATION OF RESPONDENT IN SUPPORT OF MOTION TO REAFFIRM JOINT LEGAL CUSTODY, MODIFICATION OF CHILD SUPPORT AND OTHER RELIEF<br><br>Dept 75<br>APJ: Woodhouse |

To: Darshna Varia Nadkarni, Petitioner herein:

I, Datta Nadkarni (in ProPer), Respondent in the above entitled matter, declare:-

1) Petitioner showed Gross Negligence leaving minor children alone to visit India in March-April 2007, purposely NOT informing me or having any emergency plan in place: In March-April 2007, I was alarmed when over several days I heard from my daughter Neesha that Mom (Petitioner) & grandma were not at home. Neither of my kids were telling me where mom or grand-ma (Petitioner's mother) were, the only 2 adults in the house, or when they would be back. Petitioner's attorney also did not provide me any information despite my phone calls and several emails to both. Since May 2, 2006, I did not have any custody rights (pending family mediation), the kids seemed to be alone, while Petitioner who had full temporary custody (pending family mediation) – was not contactable, and Petitioner's attorney was not giving me any information! (Pls see attached emails). So I called the DCSS to investigate.

SUPPLEMENTAL DECLARATION
Nadkarni, Case No: 1-02-FL-107415

My kids' safety was at stake, I had no choice, in sheer panic and desperation I tried to access the email accounts which I had myself set up for the Petitioner and my son several years ago, to see if I had missed any emails from her regarding her international travel plans. Their emails addresses are penmealine@yahoo.com and nneil2003@yahoo.com, and Petitioner has since changed her password.

To my horror I found out that – Petitioner had left kids alone, gone to India with grandma for several weeks, and purposely NOT informed me. And that she had contemplated this action with her attorney since Oct' 2006! (pls see attached email). Petitioner had instructed both kids to lie to me, and to not provide any information about her whereabouts to me. Further, when DCSS came to investigate - kids were asked to lie to DCSS that the person who was taking care of them was "mom's brother". (In reality he is a friend from her "i-wings" singles group. Petitioner's only brother lives in India). This "caretaker" person she appointed is an engineer who works full-time. He obviously could not provide good care, nor was he available during the days Neil was sick. There was no emergency plan in place if something were to happen to Petitioner. Petitioner had purposely cut me out of the loop and not provided me any contact information for this "caretaker". Kids were not picked up on time. He came at Petitioner's home to sleep at 10pm (even on the weekends) while the kids were alone all day after school from 3pm to 10pm. No one was available with them at dinner time, they were asked to do their own laundry, clean dishes, warm the food or eat at subway by themselves etc. (Pls. see attached emails).

Clearly Petitioner had manipulated the children. She has abused my son in the past (she had slapped him, twisted his ear and feeling insulted my son came to stay with me and did not visit Petitioner for several weeks/months. An audio recording of my son's narrating this incident was given to Ms. Yee our family mediator – and I can produce it for the Court). So I knew, it is not inconceivable that Petitioner could intimidate and manipulate my kids into not informing me, or force them into lying to DCSS. Attached emails clearly show that she told them that "Dad was very wrong by calling DCSS", promised kids presents from India to get compliance with her lies – to avoid getting in trouble with the law herself. (Also, it is an attempt to further alienate me from my kids).

SUPPLEMENTAL DECLARATION
Nadkarni, Case No: 1-02-FL-107415

I do not ever want this to happen to my kids, they were terribly neglected during this period. It is obvious Petitioner has not lived up to her obligations of "full temporary custody" so cannot have 100% custody by any stretch of imagination.

Her only reason in not informing me about her extended trip to India seems to be to retain full temporary custody- so she gets paid the elevated level of child support from me, possibly, to make payments on the house she bought in Dec 2006. She had not even arranged for a sitter - to save on sitter fees. For this she did not hesitate to neglect or endanger my children, asked them to lie, withheld info from me. This to me is unconscionable.

This same information had been given to the Family Mediator Ms. Yee. In our Aug 27 mediation meeting with Ms. Yee I realized this information would not be presented to the Court, but it is highly pertinent to this hearing. **Hence this supplemental declaration**.

2) Petitioner has continued this risky negligent behavior towards kids – so I urge the Court to adopt family mediators' recommendations with immediate effect. Petitioner has taken kids to Florida or Las Vegas on her business trips (kids sit alone all day in hotel room while she goes to work). She has also sent both kids for overnight camping trips with her "singles group" adults & kids, without herself going with them. One does not know what backgrounds some of these "iwings singles" folks have. I know some sensitive matters about some of these members, which bring up huge concerns about letting them "manage" my kids while no parent is present with them. I have often protested to Petitioner – that she not send kids alone – or herself to go with kids on such trips – but to no avail.

Since May 2006, Petitioner has continued to cause unnecessary delays in resolving custody issues thru the mediation process, since it is in her best financial interest. She continues to get the higher child support from me – both because she can extend the period of her "temporary full custody" and is being paid on my higher "imputed income" level – while I am unemployed. By using frivolous "objections" to the mediator's very objective and reasonable recommendations on custody and visitation schedule she continues to get paid for her lack of cooperation. This is an egregious abuse of our legal system – and a big burden on my finances – while still endangering my kids!

SUPPLEMENTAL DECLARATION
Nadkarni, Case No: 1-02-FL-107415

Further Petitioner's own email to her attorney clearly states - she ultimately wants to get control of children's custodial accounts (which are under my custody per divorce settlement reached in May 2005). This entire 1.5 year long custody battle has been for her greed – and for her to gain control of children's accounts, while she herself is independently quite well-off. Thus I request the court to recalculate the child support based on current real incomes **with back pay** from May 2006 (not my imputed income). Further, I request the Court to adopt the recommendations made by the Family Mediation Assessor Ms. Yee with immediate effect – to **reduce the future risks to my children**.

3) Issue a "Restraining /stay away" order on Petitioner to not talk to anyone of my current or future business/ employment contacts about the expunged 1999 DV incident; And Further, impose punitive fines of $ 50,000 to me, for each such incident if this occurs in future. I was shocked and dismayed to learn that Petitioner had approached my boss, Board members and some wealthy donors at my previous employment (ICC), and bad-mouthed me (about the 1999 DV incident – which was expunged in 2001). She has admitted to talking to several people about that in her deposition taken by my attorney Mr. Erickson in Jan 2005 (part of our file) and she has continued to do so (pls see letter to DCSS where she is trying to show how I am the bad person – while justifying why she left kids alone and went to India – and got kids to lie for her!).

I do believe such behavior by Petitioner led to my losing my job as Executive Director at ICC in May 2004, and has possibly caused my reputation to be badly hurt. So it has been difficult for me to get a full time job. Further, after causing me job loss and damaging my reputation, by May 2006, Petitioner continued to aggressively pursue an EEO, got income imputed to me (of $100,000/yr), obtained full temporary custody of my children to get higher level of child support – while neglecting her own responsibilities. Petitioner also seems to have large amount of funds sent to her from various sources, and even bought a house during this period!

Petitioner is singularly focused on gaining control of children's accounts, while unnecessarily prolonging the family mediation, and holding out for 100% custody. I have procured more evidence from the above mentioned email accounts, which could be considered inflammatory and sensitive to certain others. I have no intention to share these

SUPPLEMENTAL DECLARATION
Nadkarni, Case No: 1-02-FL-107415

emails other than as evidence in future legal proceedings. Hence I request the Court to stop Petitioner from abusing/using our legal system to harass me; and further attach strong penalties & fines if Petitioner repeats this destructive vilifying behavior against me in future.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Dated: Aug 31, 2007

_____
Datta Nadkarni
Respondent in ProPer

SUPPLEMENTAL DECLARATION
Nadkarni, Case No: 1-02-FL-107415



**Yahoo!** My Yahoo! Mail Tutorials More    Make Y! your home page    Welcome, penmealine Sign Out  Help

# YAHOO! MAIL

Search: [_____] [Web Search]



you can get **it** on eb**Y**
[_____] [Find It]

| Mail | Addresses | Calendar | Notepad |  Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]                                              [Search Mail]  [Search the Web]

 Want more channels? Get DISH

**Folders**  [Add - Edit]
Inbox (52)
Draft
**Sent**
Bulk  [Empty]
Trash [Empty]

**My Folders**  [Hide]
Accident
Business
Business-PRISM
Business-Recrui...
Divorce - Tammy...
Finance-Rita Ro...
Important
**Ipsalu (157)**
Jay Trust
Tax-Receipts (3)

**Search Shortcuts**
My Photos
My Attachments

Yahoo! Autos - Find Your Next Car
GEICO Insurance - Get a quote!
Refi is Hot: 30yr. fix mortgage
AT&T Yahoo! High Speed: $14.99/mo

Previous | Next | Back to Messages

[Delete]  [Reply ▾]  [Forward ▾]  [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

Date:    Tue, 17 Oct 2006 13:29:24 -0700 (PDT)
From:    "Darshana V. Nadkarni" <penmealine@yahoo.com>  [View Contact Details] [Add Mobile Alert]
Subject: Re: Post May 2, 2006 hearing issues to resolve -
To:      "Tammy Bloom" <tbloom@jps.net>

Tammy:

I am presuming that at this stage, I dont need to do anything, until Datta brings some kind of motion. At that stage, primarily I would like to get their accounts into my custody.

1) as far as I recall I was not requried to produce any kind of income verification. I was only told to make more that what I had thus far made.....
2) I presume I do not have to provide children's injury case pending status.
3) I do not have to provide anything about my mother.

Obviously, he is not going to give me 1099's.
I might have to go to India for couple of weeks to drop off my mother (confidential matter -- Datta is not to know). If I leave my children with my neighbors watching them -- would that be ok? My neighbors home is one step away. We literally step from my home into their all the time. Neil is 15 and Neesha is 13 and 1/2. Will Datta create problems? Should I try to get like a sitter?

Darshana

*Datta Nadkarni <dn9449@yahoo.com >* wrote:

> Darshana -
>
> I am copying Tammy so she can advice you appropriately.
>
> FYI - My mailing address is -
>
> 433 Calistoga Circle, Fremont, CA 94536
>
> Please note - You are choosing not to inform me on your income inspite of repeated requests - while getting child support from me at the imputed level. You are obligated to report your income especially to



Yahoo! | My Yahoo! | Mail | Tutorials | More    Welcome, **dn9449** Sign Out  Help



Search: [          ]  Web Search



Mail For Mobile - Mail Upgrades - Options

| Mail | Addresses | Calendar | Notepad |

[ Check Mail ] [ Compose ]     [ Search Mail ] [ Search the Web ]

Attractive card for ugly credit

Previous | Next | Back to Messages

[ Delete ] [ Reply ▼ ] [ Forward ▼ ] [ Spam ] [ Move... ▼ ]

Printable View

**Folders** [Add - Edit]

This message is not flagged. [ Flag Message - Mark as Unread ]

Inbox (136)
Draft
Sent
Bulk (4)   [Empty]
Trash      [Empty]

**From:**  "Tammara S. Bloom" <tbloom@jps.net>  View Contact Details  Add Mobile Alert
**To:**    "'Datta Nadkarni'" <dn9449@yahoo.com>
**CC:**    "'Darshana V. Nadkarni'" <penmealine@yahoo.com>
**Subject:** RE: How can Darshana leave kids alone at home - and go to India??
**Date:**  Thu, 5 Apr 2007 17:41:48 -0700

**My Folders** [Show]

**Search Shortcuts**
My Photos
My Attachments

Netflix Only $4.99/mo.

Online Degree Programs

Get Yahoo! Mail for your phone!

Find Any Email Address

```
Datta - I have been out of the office on a medical leave since our JCC
in
mid-March.  I will return April 16th.  To address your concerns, I
understand that Darshana is traveling, as she does regularly sometimes
several times a month.  She always leaves the children in the care of
an
adult, not alone.  Your children have always been well cared for.  You
have
only had very little contact with them, due to your choice for years
now.
You are living in the East Bay and do not have the ability to keep the
children overnight.  In fact, I believe you have seen them for only a
few
hours each month since January.  There is absolutely no negligence or
abuse
here.  I understand that Darshana's brother is caring for the children
while
she is gone this time.  Again, I am away from the office, and will not
be
responding to email at all next week.

-----Original Message-----
From: Datta Nadkarni [mailto:dn9449@yahoo.com]
Sent: Thursday, April 05, 2007 3:19 PM
To: Datta Nadkarni; penmealine; Tammy Bloom
Subject: Re: How can Darshana leave kids alone at home - and go to
India??

Darshana, Tammy -

It has been 2 days now since I sent you the email
below. I have not yet heard back from you or Darshana
as to when Darshana is returning back to the USA, and
who is taking care of the kids during her absence
abroad. I will take appropriate action to ensure my
kids are safe and taken care of.
```

Darshana has TEMPORARY custody (not permanent) pending evaluation. This behavior is grossly negligent- even emotionally abusive on the kids (and me).

Datta Nadkarni
cell: 408-621-1383

--- Datta Nadkarni <dn9449@yahoo.com> wrote:

> Tammy -
>
> Per my phone call just now you are aware that
> Darshana
> is travelling to India - for several days (weeks?) -
> leaving my kids Neil and Neesha alone at home?
>
> I would like to better understand why I was not
> informed about her trip before she left for India.
> How long is she planning to be there? I want to know
> which adult is supervising their daily safety and
> welfare, food etc?
>
> You argued last May in court and obtained 100% legal
> and 95% physical custody of both my kids to Darshana
> -
> at a time when you both full well knew I was going
> to
> India for a specified period of time for my Dad's
> emergency surgeries. You argued I had "neglected" my
> kids. Yet you advice Darshana to leave without
> informing me - with your full knowledge.
>
> Do you think you have fulfilled your duties - as an
> officer of the court - and as an attorney
> representing
> her?
>
> I would like your reply via email - at your
> earliest
> convenience please. In the past you have called me
> from your cell phone to mine - so I called you on
> yours.
>
>
> Datta Nadkarni
>
>
>
>
>
>   Datta Nadkarni
>   Tel: 408-621-1383
>   http://www.dattanadkarni.com
>
>
>
>
>
>
---
> Be a PS3 game guru.
> Get your game face on with the latest PS3 news and
> previews at Yahoo! Games.
> http://videogames.yahoo.com/platform?platform=120121
>

Case 5:07-cv-04834-JF   Document 1-2   Filed 09/20/2007   Page 9 of 14



http://us.f502.mail.yahoo.com/ym/ShowLetter?MsgId=4359_679697_1328_588_735_0_10789_20...

**Subject:** Quick Quiz
**To:** charlotte_romander@fuhsd.org
**From:** "n n" <nneil2003@yahoo.com>
**Date:** Tue, 27 Mar 2007 18:12:39 -0700 (PDT)

Mrs. Romander, this is Neil, and I was wondering if you could please, please, please let me take the quick quiz I missed for 75% instead of for 50%. I was very sick and did not get any sleep at night, so when I was packing my bag for school, I forgot to pack my math folder. The only reason I even came to school was the fact that my mom went to India to drop off my grandma, and I would have been home alone if I stayed at home. My mom's friend takes care of me during the night, but he has to go to work so if I stayed home I would have to be alone. Please let me retake this quiz for at least 75% of full credit. I need to get a passing grade. Thanks for your time, Neil.

Don't pick lemons.
See all the new 2007 cars at Yahoo! Autos.

# YAHOO! MAIL



Yahoo! | My Yahoo! | Mail | Tutorials — Make Y! your home page — Welcome, nneil2003  Sign Out  Help

Search: [          ] Web Search

Mail | Addresses | Calendar | Notepad      Mail For Mobile - Mail Upgrades - Options

**Check Mail**   **Compose**            [        ]  Search Mail   Search the Web

Earn a degree In less than 1 year

**Folders**  [Add - Edit]
- **Inbox (5)**
- Draft
- Sent
- Bulk (123)  [Empty]
- Trash  [Empty]

**My Folders**  [Hide]
- Key club
- chess folder
- robotics

**Search Shortcuts**
- My Photos
- My Attachments

See your credit score - free

Earn a degree In 1 year.

30 yr mortgage rates still low

Degrees in as fast as 1 year

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Date:** Mon, 2 Apr 2007 02:01:49 -0700 (PDT)

**From:** "Darshana V. Nadkarni" <penmealine@yahoo.com>  Add to Address Book  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Re: Dad

**To:** "Neesha Nadkarni" <neeshanadkarni@yahoo.com>

**CC:** "Neil Nadkarni" <nneil2003@yahoo.com>

Nishiman I also tried to call you but just can't get through.

Tell Dad, not ask you anything about mom. If he keeps asking tell him you won't say a word about mom and you dont talk to mom about dad.

I love you my dear and miss you so very much. Thank you sweetheart for taking care of home. I will bring all that you have asked. I am waiting to hear all about Yosemite.

I will try to call you. Tell me how many to remove from your watch.

Love you and big bear hug from mummy. Give a hug to bhai for me.

Mom

**Neesha Nadkarni <neeshanadkarni@yahoo.com> wrote:**

> Hi Mommy!
> My Yosemite trip was great and I'll talk to you later when I have the chance. The thing is that daddy thinks you're out of town. I hung up on him so I think that confirmed it. What should I do? He keeps calling me! I want to talk to you but you're not picking up! Also I want a few things from India:
> A Black salvaar
> Mein Ho Na
> some jewlery for the salvaar
>
> Thank You! Oh and Neil said he "got sick" and when I came home it looked like our kitchen had exploded and I had to clean it up. He ate Subway while I ate your food and Makrand uncle forgot to pick me up. It wasn't the homecoming I expected. I got sick in Yosemite but I'm fine now. Love You!

http://us.f502.mail.yahoo.com/ym/ShowLetter?MsgId=7555_742202_16249_2184_2005_0_11007...

Yahoo!  My Yahoo!  Mail  Tutorials  More       ke Y! your home page       Welcome, penmealine  Sign Out  Help

**YAHOO! MAIL**

Search: [ ]  Web Search

TransUnion 351 | EQUIFAX 364 | Experian 382 | Do You Know Your Credit Score? Click Here to See Yours! privacymatters.com

Mail For Mobile - Mail Upgrades - Options

Mail | Addresses | Calendar | Notepad                                    Search Mail | Search the Web

Check Mail | Compose

Golf Holiday ... (more)

**Folders** [Add - Edit]
- Inbox (76)
- Draft
- **Sent**
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- Accident
- Business
- Business-PRISM
- Business-Recrui...
- **Divorce - Tammy... (1)**
- Finance-Rita Ro...
- Important
- Ipsalu (36)
- Jay Trust
- Tax-Receipts

**Search Shortcuts**
- My Photos
- My Attachments

 See your credit score - free

 Earn a degree in 1 yr.

 Mortgage rates low as 4.625%*

 Find Any Email Address

Previous | Next | Back to Messages

Delete | Reply | Forward | Move...

Printable View

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Wed, 4 Apr 2007 01:04:52 -0700 (PDT)
**From:** "Darshana V. Nadkarni" <penmealine@yahoo.com>  View Contact Details  Add Mobile Alert
**Subject:** Re: How can Darshana leave kids alone at home - and go to India??
**To:** "Tammy Bloom" <tbloom@jps.net>
**CC:** "Harshad Varia" <hmvaria@earthlink.net>, "Mir Imran" <mir@mycingular.blackberry.net>

Tammy:

I am returning on April 12th. Sadly no internet connection or good phone connection in many places here. Neesha is very very scared and told me dad keeps calling to ask if I was gone to india. I think I made a mistake of going closer to where I lived and most likely Datta's dad saw me. I turned back as soon as I saw him.

I hope he won't get me arrested or anything when I return and I will be ok.

I dont know if you need to respond to him. Kids are under good and reliable care of my brother.

Thanks,
Darshana

**Datta Nadkarni <dn9449@yahoo.com> wrote:**

> Tammy -
>
> Per my phone call just now you are aware that Darshana is travelling to India - for several days (weeks?) - leaving my kids Neil and Neesha alone at home?
>
> I would like to better understand why I was not informed about her trip before she left for India. How long is she planning to be there? I want to know which adult is supervising their daily safety and welfare, food etc?
>
> You argued last May in court and obtained 100% legal and 95% physical custody of both my kids to Darshana - at a time when you both full well knew I was going to India for a specified period of time for my Dad's emergency surgeries. You argued I had "neglected" my kids. Yet you advice Darshana to leave without informing me - with your full knowledge.
>
> Do you think you have fulfilled your duties - as an officer of the court - and as an attorney representing her?
>
> I would like your reply via email - at your earliest convenience please. In the past you have called me from your cell phone to mine - so I called you on yours.

Yahoo! | My Yahoo! | Mail | Tutorials | ...  Make Y! your home page   Welcome, **nneil2003** Sign Out | Help

# YAHOO! MAIL

Search: [                        ] **Web Search**

**broadway ticket**  Complete Broadway listings, tickets and more - No membership fee.

→ www.theatermania.com

Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼                Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]            [          ] [Search Mail] [Search the Web]

 Gaming Notebook by ... (more)

**Folders** [Add - Edit]
- **Inbox**
- Draft
- Sent
- **Bulk (18)** [Empty]
- Trash [Empty]

**My Folders** [Hide]
- Key club
- chess folder
- robotics

**Search Shortcuts**
- My Photos
- My Attachments

 See your credit score - free

 Earn a degree In 1 yr

 30 yr mortgage rates still low

 Online Degrees in 1-2 yrs. Hot!

Previous | Next | Back to Messages

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]                Printable View

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Thu, 5 Apr 2007 21:06:51 -0700 (PDT)

**From:** "Darshana V. Nadkarni" <penmealine@yahoo.com>  Add to Address Book   Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Re: love you

**To:** "n n" <nneil2003@yahoo.com>

Sweetheart, dont worry about dad's antics. Please let the social service people know that mom had to urgently take care of grandma and she has left you with an uncle, mom's brother. Uncle is my rakhi brother and it is completely fine to leave you guys with him. Dont worry and be very streight and honest with social service people. Tell dad not to ask anything about mom just as you tell me not to ask you anything about dad.

Love you very much.

mom

n n <nneil2003@yahoo.com> wrote:

> I love you too mom, but there is some information you need to know. Firstly, dad found out that you went to India from either someone at india, or I suspect he knows my email password. Second, he called social services and they interviewed me and neesha in school and they want to talk to you. Don't reply on this email. I will send you a new email address for you to reply to. Love you, Neil.
> "Darshana V. Nadkarni" <penmealine@yahoo.com > wrote:
>
>> Hope you both are fine. Love you and miss you very much. Not happy that Neilli has not done my work and his chem report is so-so. You neeeeeeeeed to study Neillie.
>>
>> Neeshu hope you are keeping your temper in control and being good to bhai. Please make sure there is some food. Use money if you guys need it. Please keep the house clean ok. Lov eyou so very much.
>>
>> Neesha -- Piperaunty will be back in US on 9th and may take you out for a cake or something in the evening ------in case you are not going out with dad.
>>
>> Write me emails guys -- especially Neillie. I miss you two very very very

Yahoo!   My Yahoo!   Mail   Tutorials           Make Y! your home page                Welcome, penmealine  Sign Out  Help

**YAHOO! MAIL**                                         Search: [                    ]   Web Search

[Advertisement: Call your Mother! It's FREE! Vonage - TRY 1 MONTH FREE! $24.99/mo UNLIMITED LOCAL & LONG DISTANCE]

Mail ▾    Addresses ▾    Calendar ▾    Notepad ▾                    Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]                                    [         ]  [Search Mail]  [Search the Web]

| | |
|---|---|
| Want more channels? Get DISH | Previous | Next | Back to Messages |
| | [Delete] [Reply ▾] [Forward ▾] [Move... ▾] |
| **Folders** [Add - Edit] | Printable View |
| Inbox (52) | This message is not flagged. [ Flag Message - Mark as Unread ] |
| Draft | |
| Sent | Date: Sun, 8 Apr 2007 21:54:05 -0700 (PDT) |
| Bulk [Empty] | From: "Darshana V. Nadkarni" <penmealine@yahoo.com>  View Contact Details   Add Mobile Alert |
| Trash [Empty] | Subject: RE: my children - Neil and Neesha Nadkarni |
| **My Folders** [Hide] | To: "Bregith Revestir" <Bregith.Revestir@ssa.sccgov.org> |
| Accident | Cc: "Tammara S. Bloom" <tbloom@jps.net> |
| Business | |
| Business-PRISM | |
| Business-Recrui... | |
| Divorce - Tammy... | |
| Finance-Rita Ro... | |
| Important | |
| Ipsalu (157) | |
| Jay Trust | |
| Tax-Receipts (3) | |

Dear Bregith:

Thank you so much for your kind response. I am a psychologist and I understand your job and also appreciate how difficult it is. Please rest assured that both of my children are not abused or neglected whatsoever. I used to teach Child Development course at California State Univ. at Hayward and many of my students often were planning to go into nursing, social services and related fields. I am telling you with absolute confidence that I am a good parent who understands the importance of child security and safety and their physical and emotional needs. This is not the first time I have traveled without my children. Though this is the first time I traveled on account of family emergency since I needed to take care of my mother. However, I frequently am required to travel on account of my work. Each and every time I make appropriate arrangements for both my children and my children and many friends and family will attest to it that at no point in time are the children left over an extended period of time or overnight without supervision or care.

Let me also explain to you another challenge that I am dealing with. My ex-husband who complained to social services has DV charges on him in the past. More recently the judge has given me complete physical and legal custody and 90%+ timeshare. He has been upset about it and has been trying to change the custody situation. I am presuming that to be the result of this inappropriate complaint. I have copied my attorney on this email as well. I am really sorry that the children were exposed to this and have been extremely frightened. I am trying to reassure them that they will not be taken away from me.

I will look forward to speaking with you upon my return. You can reach me at 408-898-0000 after the 12th and/ or please also send me your phone no. where I can reach you.

Kind regards,
Darshana

*Bregith Revestir <Bregith.Revestir@ssa.sccgov.org> wrote:*

> I received your email today. Thank you. I am from the Child Protective Services and my job is to investigate any possible child abuse report that our Agency received. I would prefer to discusss the report with you in person. I gave my business card to you daughter Nesha so call me as soon as you come back from your trip. Bregith L. Revestir, CPS-SW.
>
> -----Original Message-----
> From: Darshana V. Nadkarni [mailto:penmealine@yahoo.com]
> Sent: Thursday, April 05, 2007 9:13 PM
> To: Bregith Revestir
> Cc: Tammara S. Bloom; makrand phatak; rosemary Fernandez; Mir Imran; Harshad Varia

 Search Shortcuts
My Photos
My Attachments

 Check out all the new 2007s
Earn a degree in 1 yr
Mortgage rates low as 4.625%*
 AT&T Yahoo! High Speed: $14.99/mo

**Subject:** Re: my children - Neil and Neesha Nadkarni

Dear Social Service Representative:

I believe that you saw my children Neil and Neesha Nadkarni at their schools. It is true that I am currently traveling and my children are at home. However, they are not left alone and unsupervised. They are under the care of my brother Makrand Pathak. I will be more then happy to answer any questions you may have. Please feel free to reach me on my cell at 011- 91-9324659759. Unfortunately my phone is not giving very good reception and we have a 12 hour time difference. But I am checking my emails daily.

Best regards,
Darshana

*Darshana*

Darshana V. Nadkarni, Ph.D.
1069 Regency Knoll Drive
San Jose, CA 95129
Cell: 408-898-0000
Phone: 408-625-7442

It's here! Your new message!
Get new email alerts with the free Yahoo! Toolbar.

NOTICE: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the s ender by return email.

*Darshana*

Darshana V. Nadkarni, Ph.D.
1069 Regency Knoll Drive
San Jose, CA 95129
Cell: 408-898-0000
Phone: 408-625-7442

No need to miss a message. Get email on-the-go
with Yahoo! Mail for Mobile. Get started.

Delete | Reply | Forward | Move...

Previous | Next | Back to Messages            Save Message Text | Full Headers

Check Mail | Compose            Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy