STEPHEN J. USOZ, SB# 189095
LESLIE HOLMES, SB# 192608
MARK V. BOENNIGHAUSEN, SB# 142147
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600
Fax:  408-292-7611

Attorneys for Plaintiff
DARSHANA NADKARNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual, <br><br>           Plaintiff, <br><br>     v. <br><br> DATTAPRASANNA G. NADKARNI, an individual, <br><br>           Defendant. | CASE NO.  C07-04834 JF <br><br> DECLARATION OF STEPHEN J. USOZ  IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME |

I, Stephen J. Usoz, declare as follows:

1. I am an attorney duly licensed to practice before all Courts in the State of California, and am a partner with the offices of Hogan Holmes and Usoz LLP, attorneys of record for the plaintiff herein.  I make this declaration of my own personal knowledge and upon information and belief.  As to those matters, I believe them to be true.  If called as a witness, I could competently testify hereto.

2. I have been a practicing attorney for more than 10 years and spent an additional 27 years as a law enforcement official and am familiar with these fact patterns.  A substantial portion of my practice involves contentious family law disputes, such as the one between my client and her ex-husband in this case.

3.      Based on my experience in these types of matters and my review of the family law records in this case, I would expect that if notice was given to the defendant, Mr. Nadkarni, about the seeking of a TRO over the email he took from his wife's account, he would look to embarrass the plaintiff, Ms. Nadkarni, by distributing these emails to third-parties, or take other actions to try to injure Ms. Nadkarni's reputation and her consulting business. Accordingly, I believe that it is appropriate to request this TRO on an Ex Parte basis, without notice to Mr. Nadkarni, under Federal Rule of Civil Procedure 65 (b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this <u>19th</u> day of September, 2007, at <u>San Jose</u> California.

/s/ Stephen J. Usoz
_____
Stephen J. Usoz

**DECLARATION OF**
**STEPHEN J. USOZ**

-2-