STEPHEN J. USOZ, SB# 189095
LESLIE HOLMES, SB# 192608
MARK V. BOENNIGHAUSEN, SB# 142147
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600
Fax:  408-292-7611

Attorneys for Plaintiff
DARSHANA NADKARNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DATTAPRASANNA G. NADKARNI, an individual, <br><br> Defendant. | CASE NO.  C07-04834 JF <br><br> DECLARATION OF DARSHANA NADKARNI IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME |

I, Darshana Nadkarni, declare as follows:

1.   I make this declaration based upon my own personal knowledge and upon information and belief, and as to those matters; I believe them to be true.  If called as a witness, I could competently testify as to the matters set forth herein.

2.    I am the plaintiff in this action and was previously married to the defendant, Dattaaprasanna G. Nadkarni.  I filed for divorce from the defendant on June 21, 2002.  While the divorce has been final since May 2005, there have been contentious issue throughout the family law proceedings where my ex-husband has continually made unwarranted accusations against me.

DECLARATION OF DARSHANA NADKARNI                                  1

3. After separation, I created a Yahoo! email account: penmealine@yahoo.com. I have used this email account for personal and professional business. This email account is used to communicate with my family law attorney – Tammy Bloom, as well as clients and family members. Professionally, I am a consultant, providing both executive search services and employment counseling. Accordingly, my email often includes highly sensitive third-party information, in addition to my personal private email correspondence.

4. I never gave my ex-husband permission to use the account or allowed him access to my password.

5. In early September, I became aware that my husband had filed with Santa Clara Superior Court a declaration that attached my personal email messages from my Yahoo! Account. I was shocked to discover that my ex-husband had accessed this account and that he had attached my email messages to this declaration, including communications with my family law attorney, Tammy Bloom. Attached as Exhibit "A" to this declaration is a true and correct copy of the declaration filed by my ex-husband.

6. I am also quite disturbed by my ex-husband's statement in the declaration: "that I have procured more evidence from the above-mentioned email accounts, which could be considered inflammatory and sensitive to certain others. I have no intention to share these emails other than as evidence in future legal proceedings." [Bold emphasis]. Given that the information was in my email account, I believe this statement is a direct threat that unless I succumb to his demands in the family law case, he will file my personal emails in the family court action in order to embarrass me and to injure my relationships with my family members and third-parties, including professional clients.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this  19th  day of September, 2007, at San Jose, California.


                 /S/ Darshana Nadkarni
                 Darshana Nadkarni

DECLARATION OF         2
DARSHANA NADKARNI