# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



DARSHANA NADKARNI,
an individual,

v.

DATTAPRASANNA G. NADKARNI,
an individual,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 04834 JF RS

TO: (Name and address of defendant)

DATTAPRASANNA G. NADKARNI
39720 PASEO PADRE PKWY #212
FREMONT, CA 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN J. USOZ
HOGAN HOLMES & USOZ LLP
333 WEST SANTA CLARA STREET, SUITE 800
SAN JOSE, CA 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SEP 2 0 2007
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 11-20-2007

Name of SERVER: STEPHEN J. USOZ

TITLE: ATTORNEY

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: Superior Ct. of Santa Clara County. 170 Park Center Plaza, San Jose, CA 95113   9:10 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pls. See Attached For Additional Documents Served

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-20-2007
Date

Signature of Server

Address of Server: 333 W. Santa Clara St, Ste. 800, San Jose, CA 95113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

```
 1  STEPHEN J. USOZ, SB# 189095
    LESLIE HOLMES, SB# 192608
 2  MARK V. BOENNIGHAUSEN, SB# 142147
    HOGAN HOLMES & USOZ LLP
 3  333 West Santa Clara St., Suite 800
    San Jose, California 95113
 4  Telephone: 408-292-7600
    Fax:  408-292-7611
 5

 6  Attorneys for Plaintiff
    DARSHANA NADKARNI
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DATTAPRASANNA G. NADKARNI, an individual, <br><br> Defendant. | CASE NO.  C07-04834 JF <br><br> ATTACHMENT TO REURN OF SERVICE (SUMMONS) |

DOCUMENTS SERVED:

1. Civil Cover Sheet with instructions for completing JS-44;
2. Complaint For Violation of the Stored Communications Privacy Act;  And Invasion of Privacy;
   Ex Parte Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, and Order; Memorandum of Points and Authorities in Support of Same;
   Declaration of Darshana Nadkarni in Support of Ex Parte Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, and Order; Memorandum of Points and Authorities in Support of Same;
   Declaration of Stephen J. Usoz in Support of Ex Parte Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, and Order; Memorandum of Points and Authorities in Support of Same;
3. Guidelines,Motion/Trial/Settlement/CaseManagement/Dismissal Hearing Schedules, Local Rules, an associated blank forms provide from the United State District Court for the Northern District of California, Clerk' Office, San Jose Division.
4. Order Setting Initial Case Management Conference and ADR Deadlines
5. Standing Order and Contents of Joint Case Management Statement

COMPLAINT                                                          1