GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-2296
Facsimile: (415) 398-2290

Attorney for Defendant Dattaprasanna G. Nadkarni

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Darshana Nadkarni, an individual, | No. C07-04834 |
| Plaintiff, | |
| vs. | |
| Dattaprasanna G. Nadkarni, an individual, | |

Plaintiff and defendant through their respective counsel stipulate that defendant's response to the complaint shall be served and filed on or before December 24, 2007.

LAW OFFICE OF GEORGE G. BENETATOS

Dated: December 10, 2007

_____
GEORGE G. BENETATOS
Attorney for Defendant
Dattaprasanna G. Nadkarni

HOGAN HOLMES & USOZ, LLP

Dated: December 11, 2007

_____
Stephen J. Usoz
Attorney for Plaintiff
Darshana Vama Nadkarni