**E-filed 12/18/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DARSHANA NADKARNI,

    Plaintiff,

    v.

DATTAPRASANNA NADKARNI,
    Defendants.

No. C-07-4834-JF

Clerks's Notice

_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference currently scheduled for January 11, 2008. The new hearing date is Friday, February 1, 2008 at 10:30 AM.    The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 12/18/07                    For the Court,
                                       Richard W. Wieking, Clerk

                                       Diana Munz
                                       electronic signature
                                       Courtroom Deputy