GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-2296
Facsimile: (415) 398-2290

Attorney for Defendant Dattaprasanna G. Nadkarni

FILED

2007 DEC 26  P 3: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DATTAPRASANNA G. NADKARNI, an individual, | No. C07-04834 JF <br><br> EX PARTE APPLICATION TO BE RELIEVED OF REQUIREMENTS REGARDING FILING AND RECEIVING DOCUMENTS BY EMAIL AND SUPPORTING DECLARATION OF GEORGE G. BENETATOS |

I, George G. Benetatos, declare as follows:

1. I represent the defendant in the foregoing action. I am a member of the California Bar Association, in good standing continuously since January 1973.

2. I am also admitted to practice before the United States District Court, Northern District of California, since January 1973, and I am in good standing before said court continuously since January 1973.

3. I am unable to comply with the court's requirements regarding the use of email, including for filing of documents, because I do not know how to operate a computer with sufficient skill to comply with the court's requirements. I do not own a computer. I have never taken any lessons to learn how to operate a computer. My computer skills are limited to retrieving and sending simple email messages, and accessing internet sites such as "findlaw.com."

EX PARTE APPLICATION RE RELIEF FROM EMAIL, etc.
Case No. C07-04834 JF

Nadkarni\Relief from Email 12.20.07 b.wpd
Page 1

4. I respectfully request that I be relieved of the court's requirements regarding the use of email, and that I be allowed to file, serve and receive documents by U.S. mail, by personal filing, by personal service, by facsimile when permitted by the court or law, and by private services, including messengers, Federal Express, DHL, and similar private services when permitted by the court or law.

5. Counsel for the plaintiff, Mr. Stephen J. Usoz, has authorized me to inform the Court he does not object to the Court granting this ex Parte Application.

6. It is in the interest of justice under General Order 45.I.B., to grant this Ex Parte Application in that I will be able to timely file, serve and receive documents on behalf of my client; otherwise I will suffer a severe impediment to my ability to represent my client before the court. I respectfully request the court grant my Ex Parte Application.

I declare under penalty of perjury under the laws of the United States of America, and under the laws of the State of California, that the foregoing is true, and that I signed this Ex Parte Application on December 20, 2007, at San Francisco, California.

GEORGE G. BENETATOS
Attorney for Defendant Dattaprasanna G. Nadkarni

EX PARTE APPLICATION RE RELIEF FROM EMAIL, etc.
Case No. C07-04834 JF

Nadkarni\Relief from Email 12.20.07 b.wpd
Page 2

# PROOF OF SERVICE

The undersigned hereby declares/certifies as follows:

_____ I am: a resident of or employed in the City and County of San Francisco, California, over 18 years of age, and not a party to the within cause, whose business address is: 244 California Street, Suite 300, San Francisco, CA 94111.

__X___ I am: an active member of the State Bar of California, whose business address is: 244 California Street, Suite 300, San Francisco, CA 94111.

On the date hereon I served the following document(s) described as:

1. EX PARTE APPLICATION TO BE RELIEVED OF REQUIREMENTS REGARDING FILING AND RECEIVING DOCUMENTS BY EMAIL AND SUPPORTING DECLARATION OF GEORGE G. BENETATOS
2. [PROPOSED] ORDER RELIEVING DEFENDANT'S ATTORNEY GEORGE G. BENETATOS OF REQUIREMENTS REGARDING FILING AND RECEIVING DOCUMENTS BY EMAIL

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Stephen J. Usoz, Esq.
Hogan Holmes & Usoz, LLP
333 W. Santa Clara St., Suite 800
San Jose, CA 95113
*fax: 408.292.7611

__X___ (BY MAIL) I placed such envelopes with postage thereon fully prepaid in the United States mail at San Francisco, California.

_____ (BY PERSONAL SERVICE) I personally delivered such envelopes to the above addresses.

__X___ (BY FAX) I transmitted by facsimile copying machine a true copy thereof to the fax number(s) as shown above as *fax for facsimile copy transmission of the parties/persons/firms listed above.

Executed on December 21, 2007, at San Francisco, California.

__X___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
__X___ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

GEORGE G. BENETATOS
PRINT NAME                              SIGNATURE

EX PARTE APPLICATION RE RELIEF FROM EMAIL, etc.
Case No. C07-04834 JF

Nadkarni\Relief from Email 12.20.07 b.wpd
Page 3