GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:   (415) 398-2296
Facsimile:   (415) 398-2290

Attorney for Defendant Dattaprasanna G. Nadkarni

RECEIVED 2007 DEC 26 PM 3:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Filed
JAN - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DATTAPRASANNA G. NADKARNI, an individual, | No. C07-04834 JF <br><br> [~~PROPOSED~~] ORDER RELIEVING DEFENDANT'S ATTORNEY GEORGE G. BENETATOS OF REQUIREMENTS REGARDING FILING AND RECEIVING DOCUMENTS BY EMAIL |

This Court has read and considered the ex parte application of defendant's attorney George G. Benetatos to be relieved of requirements regarding filing and receiving documents by email, and Mr. Benetatos's supporting declaration.

GOOD CAUSE APPEARING, AND IN THE INTEREST OF JUSTICE, this Court orders that defendant's attorney, Mr. Benetatos is relieved of the Court's requirements regarding filing and receiving documents by email.  Mr. Benetatos shall be allowed to file and receive documents by U.S. Mail, by personal filing, by personal service, by facsimile when permitted by the court or law, and by private services, including messengers, Federal Express, DHL, and similar private services when permitted by the court or law.  A copy of this Order shall be served by mail on all parties and their counsel.

Dated: _1-4_, 2007

_____
Judge of the United States District Court
Northern District of California

[PROPOSED] ORDER RE EMAIL, etc.
Case No. C07-04834 JF

Nadkarni\Relief from Email Order 12.20.07 c.wpd
Page 1