STEPHEN J. USOZ, SB# 189095
YAMIN T. MAUNG, SB # 253538
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600

Attorneys for Plaintiff
DARSHANA NADKARNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARSHANA NADKARNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DATTAPRASANNA G. NADKARNI.<br><br>    Defendants. | **Case No.: C07 04834 JF**<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:**<br>**Time:**<br>**Honorable** |

    Plaintiff hereby submits the following as her Case Management Conference Statement pursuant to Civil Local Rule 16-9 and request the court adopt it as its Case Management Order.

    1.    <u>Jurisdiction and Service:</u>

    This matter was brought in the United States District Court on September 20, 2007. The Federal Court has jurisdiction of this action under 28 U.S.C. 1331, 1338(a), and (b) and this Court's pendant jurisdiction. Venue is proper in this district under 28 U.S.C. 1391 and 1400(a).

    All parties have been served.

    2.    <u>Facts:</u>

    Plaintiff and defendant were previously married. On June 21, 2002, Ms. Nadkarni

1  filed for divorce from defendant. The resulting family law case has been contentious.

2  After plaintiff and defendant separated, Ms. Nadkarni established a yahoo e-mail account
3  with the following e-mail address: penmealine@yahoo.com This e-mail was Ms. Nadkarni's
4  personal e-mail account, though which she communicated with her attorney, as well as
5  conducted personal and business affairs. Ms. Nadkarni did not give the defendant her password
6  to this account or give him permission to access this account.

7  On or about August 31, 2007, defendant filed a declaration in the Family Law Action
8  which contained copies of private e-mails from Ms. Nadkarni's yahoo e-mail account. In this
9  declaration, defendant attempts to justify his wrongful access into Ms. Nadkarni's private e-mail
10 account. Later in the same declaration, defendant implicitly threatens to expose other personal
11 information from the e-mail he has wrongfully accessed, including potential harm to unidentified
12 third-parties.

13 <u>Disputed Factual Issues</u>:

14 Plaintiff believes that defendant disputes whether or not he had established the e-
15 mail account at issue or whether he had permission to access and/or utilize the e-mail account at
16 issue.

17 3. <u>Legal Issues</u>:

18 Whether defendant intentionally accessed without authorization e-mail
19 information which is not his own?

20 Whether Ms. Nadkarni had a legal and reasonable expectation of privacy in her
21 personal yahoo e-mail account?

22 Whether defendant invaded that right by wrongfully accessing her e-mail account
23 and taking personal information from it for his use?

24 Whether Ms. Nadkarni suffered damage as a result of this invasion of privacy?

25 4. <u>Motions</u>:

26 Plaintiff sought, *ex parte,* a temporary retraining order and order to show cause
27 seeking to keep defendant from accessing, utilizing and/or otherwise disseminating the

28

CASE MANAGEMENT STATEMENT
Case No.  C07 04834 JF                                     2

information contained on the e-mail account at issue. The Court declined this request.

At this time, Plaintiff is not aware of any motions which may be filed in this action.

5. <u>Amendments of Pleadings</u>:

There have been no amendments of pleadings.

6. <u>Evidence Preservation</u>:

Plaintiff has taken steps necessary to preserve all evidence which she is aware.

7. <u>Disclosures</u>:

No Initial Disclosures have been made as of the date of the filing of this Case Management Statement. The matter just became at-issue with the filing of the Answer by Defendant in late December, 2007. Plaintiff anticipates completing her Initial Disclosures within the next thirty (30) days.

8. <u>Discovery</u>:

No discovery has been conducted to date. The parties will initiate discovery after completion of the Initial Disclosures. Plaintiff believe that the discovery rules should govern.

Document Requests: Unlimited document production requests are appropriate so long as the requests are narrowly tailored.

Interrogatories:   20 interrogatories per side.

Depositions:       4 depositions per side unless a showing of good cause is made for additional depositions.

Admissions:        20 admissions per side.

Fact Discovery Cut-off        June 27, 2008

Expert Witness Disclosure     August 1, 2008

Rebuttal Expert Disclosure    August 22, 2008

Expert Discovery Cut-off      September 19, 2008

9. <u>Class Action</u>:

This is not a class action case.

CASE MANAGEMENT STATEMENT
Case No. C07 04834 JF                                       3

1   10.   Related Cases:

2   There is a case pending in the Family Court at Santa Clara County Superior
3   Court. The case number is 102FL107415.

4   11.   Relief:

5   Plaintiff seeks to enjoin the defendant and all other persons in active concert or
6   privity with him, preliminarily and permanently from directly or indirectly violating her rights to
7   privacy and that all wrongfully obtained information obtained by defendant be returned and/or
8   destroyed.

9   In addition, plaintiff seeks punitive damages against defendant for his wrongful
10  and intentional conduct along with reimbursement for her costs and attorneys fees.

11  12.   Settlement and ADR:

12  Plaintiff believes this matter is appropriate for Early Neutral Evaluation.  The
13  parties are in the process of meeting and conferring with regard to ADR.

14  13.   Consent to Magistrate Judge:

15  Plaintiff does not consent to the hearing by a Magistrate Judge.

16  14.   Other References:

17  Plaintiff does not believe that any reference is appropriate in this matter.

18  15.   Narrowing of Issues:

19  Plaintiff is not aware of the ability to narrow any of the issues presented in this
20  matter.

21  16.   Expedited Schedule:

22  Plaintiff does not believe that this matter can be expedited.

23  17.   Scheduling:

24  Please see the discovery schedule set forth above.  Plaintiff believes that it would
25  be appropriate for all dispositive motions to be heard no later than October 24, 2008, with a Pre-
26  Trial Conference to take place November 14, 2008 and Trial to commence on December 1,
27  2008.

28

CASE MANAGEMENT STATEMENT
Case No.  C07 04834 JF                              4

1  18. Trial:

2  Plaintiff demanded a trial by jury. Plaintiff anticipates that it will need three (3) to

3  five (5) days to put on its case.

4  19. Disclosure of Non-party Interested Entities or Persons:

5  Plaintiff is not aware of any non-party interested entities or persons.

8  Dated: January 24, 2007               HOGAN HOLMES & USOZ LLP

10                                         S/_____
                                           STEPHEN J. USOZ
11                                         Attorney for Plaintiff

CASE MANAGEMENT STATEMENT
Case No. C07 04834 JF                         5