UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 1, 2008
**Case Number:** CV-07-4834-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:         DARSHANA NADKARNI   V. DATTAPRASANNA NADKARNI

             PLAINTIFF                           DEFENDANT

     Attorneys Present:  Leslie Holmes, Yamin Maung    Attorneys Present:

---

PROCEEDINGS:
  Case management conference held.  Counsel for plaintiff are present.  Continued to 3/21/08 at 10:30 a.m for further case management conference.