UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 21, 2008
**Case Number:** CV-07-4834-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | **DARSHANA NADKARNI** | **V. DATTAPRASANNA NADKARNI** |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Mark Boennighausen | Attorneys Present: George Benetatos |

---

PROCEEDINGS:

Further case management conference held. Parties are present. The Court adopts the proposed case schedule. The case is set for jury trial on 12/1/08 at 1:30 p.m and pretrial conference on 11/14/08 at 11:00 a.m.