GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:  (415) 398-2296
Facsimile:  (415) 398-2290

Attorney for Defendant Dattaprasanna G. Nadkarni

**Filed**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DATTAPRASANNA G. NADKARNI, an individual, | No. C07-04834 JF<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing on June 16, 2008 and continuing through and including July 16, 2008, George G. Benetatos, will be out of the State of California and unavailable for all purposes whatsoever, including receiving notice of any kind, appearing in court, responding to ex parte applications, or attending depositions. See *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299.

Respectfully submitted,

LAW OFFICE OF GEORGE G. BENETATOS

Dated: April 18, 2008

GEORGE G. BENETATOS
Attorney for Defendant Dattaprasanna G. Nadkarni

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | The undersigned hereby declares/certifies as follows: |
| 3 | _____ I am: a resident of or employed in the City and County of San Francisco, California, over 18 years of age, and not a party to the within cause, whose business address is: |
| 4 | 244 California Street, Suite 300, San Francisco, CA 94111. |
| 5 | \_\_X\_\_ I am: an active member of the State Bar of California, whose business address is: 244 California Street, Suite 300, San Francisco, CA 94111. |
| 6 | |
| 7 | On the date hereon I served the following document(s) described as: |
| 8 | NOTICE OF UNAVAILABILITY OF COUNSEL |
| 9 | on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows: |

Tammara S. Bloom, Esq.  
Pruneyard Tower II  
1999 S. Bascom Avenue, Suite 910  
Campbell, CA 95008  
*fax: 408.377.2905

Stephen J. Usoz, Esq.  
Hogan Holmes & Usoz, LLP  
333 W. Santa Clara St., Suite 800  
San Jose, CA 95113  
*fax: 408.292.7611

\_\_X\_\_ (BY MAIL) I placed such envelopes with postage thereon fully prepaid in the United States mail at San Francisco, California.

_____ (BY PERSONAL SERVICE) I personally delivered such envelopes to the above addresses.

\_\_X\_\_ (BY FAX) I transmitted by facsimile copying machine a true copy thereof to the fax number(s) as shown above as *fax for facsimile copy transmission of the parties/persons/firms listed above, WITHOUT EXHIBITS.

Executed on April 18, 2008, at San Francisco, California.

\_\_X\_\_ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_\_X\_\_ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

GEORGE G. BENETATOS  
PRINT NAME                                  SIGNATURE