```
 1  STEPHEN J. USOZ, SB# 189095
    LESLIE HOLMES, SB# 192608
 2  YAMIN T. MAUNG, SB# 253538
    HOGAN HOLMES & USOZ LLP
 3  333 West Santa Clara St., Suite 800
 4  San Jose, California 95113
    Telephone: 408-292-7600
 5  Fax:  408-292-7611

 6

 7  Attorneys for Plaintiff
    DARSHANA NADKARNI
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI,<br>an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>DATTAPRASANNA G. NADKARNI,<br>an individual,<br><br>            Defendant. | CASE NO.  C07-04834 JF<br><br>[PROPOSED] ORDER ISSUING TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE: PRELIMININARY INJUNCTION |

   Having reviewed all the papers submitted by Plaintiff and carefully considered this matter, the Court determines that Plaintiff has met her burden under Federal Rules of Civil Procedure 65 (b) for the issuance of a temporary restraining order, and hereby orders the following:

   (1) That defendant Dattaprasanna Nadkarni and anyone with whom he has acted in concert with, be prohibited from using or providing to any third-party any information defendants obtained from plaintiff's e-mail account;

1   (2) That defendant Dattaprasanna Nadkarni preserve all data on any computer and or electronic devices he owns or regularly uses until plaintiff has had an opportunity to inspect such devices for any wrongfully obtained information; and

2   (3) Defendant Dattaprasanna Nadkarni be ordered to show cause on _____ why a permanent injunction should not issue as set forth above.

IT IS SO ORDERED

May _____, 2008

_____
**HONORABLE JEREMY FOGEL**
**U.S DISTRICT COURT JUDGE**