1  STEPHEN J. USOZ, SB# 189095
   LESLIE HOLMES, SB# 192608
2  YAMIN T. MAUNG, SB# 253538
   HOGAN HOLMES & USOZ LLP
3  333 West Santa Clara St., Suite 800
   San Jose, California 95113
4  Telephone: 408-292-7600
   Fax:  408-292-7611
5

6

7  Attorneys for Plaintiff
   DARSHANA NADKARNI
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
   DARSHANA NADKARNI,              CASE NO.  C07-04834 JF
13 an individual,
                                   PROOF OF SERVICE
14        Plaintiff,

15    v.

16
   DATTAPRASANNA G. NADKARNI,
17 an individual,

18        Defendant.

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 W. Santa Clara Street, Suite 800, San Jose, CA 95113. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

1. **PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW TO CAUSE RE: PRELMINARY INJUNCTION, AND ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME**
2. **PLAINTIFF'S EX PARTE APPLICATION TO PLACE EXHIBITS B AND C TO THE DECLARATION OF DARSHANA NADKARNI IN SUPPORT OF PLAINTIF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, DATED MAY 8, 2008, UNDER SEAL**
3. **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO PLACE EXHIBIT B AND C OF THE DECLARATION OF DARSHANA NADKARNI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER DATED MAY 8, 2008, UNDER SEAL AND ALL OTHER EXHIBITS FILED IN THIS CASE UNDER SEAL THAT CONSIST OF PLAINTIFF'S E-MAIL CORRESPONDENCE**
4. **DECLARATION OF DARSHANA NADKARNI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**
5. **DECLARATION OF STEPHEN J. USOZ IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**
6. **[PROPOSED] ORDER ISSUING TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

X  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

X  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

(BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date.

(BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

George G. Benetatos, Esq.
Law Offices of George G. Benetatos
244 California Street, Suite 300
San Francisco, CA 94111
Fax: (415) 673-0718

X  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 9, 2008, at San Jose, California.

*Mary Nguyen* (signature)
Mary Nguyen