1  STEPHEN J. USOZ, SB# 189095
   LESLIE HOLMES, SB# 192608
2  YAMIN T. MAUNG, SB# 253538
3  HOGAN HOLMES & USOZ LLP
   333 West Santa Clara St., Suite 800
4  San Jose, California 95113
   Telephone: 408-292-7600
5  Fax:  408-292-7611

6

7  Attorneys for Plaintiff
   DARSHANA NADKARNI
8
                       UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 | DARSHANA NADKARNI,            | CASE NO.  C07-04834 JF
13 | an individual,                |
                                   | PLAINTIFF'S EX PARTE APPLICATION TO
14 |         Plaintiff,            | PLACE EXHIBITS B AND C TO THE
                                   | DECLARATION OF DARSHANA NADKARNI
15 | v.                            | IN SUPPORT OF PLAINTIFF'S MOTION FOR
                                   | A TEMPORARY RESTRAINING ORDER,
16 | DATTAPRASANNA G. NADKARNI,    | DATED MAY 8, 2008, AND ALL OTHER
17 | an individual,                | EXHIBITS FILED IN THIS CASE
                                   | CONSISTING OF PLAINTIFF;S E-MAIL
18 |         Defendant.            | CORRESPONDENCE UNDER SEAL
19
20
21

22 TO DEFENDANT DATTAPRASANNA G. NADKARNI AND HIS ATTORNEY OF

23 RECORD:

24      PLEASE TAKE NOTICE that pursuant to Local Rule 7-11, Plaintiff Darshana

25 Nadkarni ("Plaintiff") will, and hereby does, move the Court, *ex parte*, to seal Exhibits B and C

26 ("Exhibits") to the Declaration of Darshana Nadkarni in Support of Plaintiff's Motion for a

27 Temporary Restraining Order, dated May 8, 2008, and served on Defendant's counsel on May

28 9, 2008.  Furthermore, Plaintiff requests the sealing of <u>all</u> prior Exhibits filed in this case

---

1

PLAINTIFF'S EXPARTE APPLICATION TO PLACE EXHIBITS UNDER SEAL

consisting of emails. This request is to seal from the Public.

This motion is being filed *ex parte* because it concerns the sealing of exhibits in a matter before this Court which contain personal and private emails of Plaintiff, such as attorney-client communications. There is no harm or prejudice to Defendant in the sealing from the Public of all exhibits related to the above referenced documents.

### STATEMENT OF COMPLIANCE

It is my understanding and belief that on May 8, 2008, Yamin Maung, an associate with our office, contacted George Benetatos, Defendant's counsel by telephone, and placed him on notice that Plaintiff would be filing this *ex parte* motion seeking to seal all exhibits from the Public. It is my further understanding that Mr. Benetatos informed her that he would not be in opposition to said *ex parte* motion.

### CONCLUSION

For the foregoing reasons, Plaintiff requests that the Court order Exhibits B and C to the Declaration of Darshana Nadkarni in Support of Plaintiff's Motion for a Temporary Restraining Order, dated May 8, 2008, sealed, and all previous exhibits filed with this court consisting of the personal and private emails of Plaintiff to be sealed.

Dated: May 9, 2008

HOGAN HOLMES & USOZ LLP

_____
STEPHEN J. USOZ
LESLIE HOLMES
YAMIN T. MAUNG

Attorneys for Plaintiff