```
STEPHEN J. USOZ, SB# 189095
LESLIE HOLMES, SB# 192608
YAMIN T. MAUNG, SB# 253538
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600
Fax:  408-292-7611
```

Attorneys for Plaintiff
DARSHANA NADKARNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DATTAPRASANNA G. NADKARNI, an individual,<br><br>Defendant. | CASE NO. C07-04834 JF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO PLACE EXHIBITS B AND C OF THE DECLARATION OF DARSHANA NADKARNI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER DATED MAY 8, 2008, AND ALL OTHER EXHIBITS FILED IN THIS CASE UNDER SEAL CONSISTING OF PLAINTIFF'S E-MAIL CORRESPONDENCE UNDER SEAL |

Plaintiff Darshana Nadkarni's *ex parte* motion to place Exhibits B and C of the Declaration of Darshana Nadkarni in support of Plaintiff's Motion for a Temporary Restraining Order Dated May 8, 2008, under seal and previous exhibits filed with this court consisting of Plaintiff's e-mail correspondence was reviewed by this Court, and good cause appearing.

IT IS SO ORDERED:

Exhibits B and C of the Declaration of Darshana Nadkarni in Support of Plaintiff's Motion for a Temporary Restraining Order Dated May 8, 2008, and all exhibits previously filed

1

EX PARTE ORDER RE: SEALING OF EXHIBITS

1 | with this court consisting of Plaintiff's e-mail correspondence are hereby placed under seal and
2 | will not be viewable by the Public.

Dated: May ____, 2008

                                                 **HONORABLE JEREMY FOGEL**
                                                 **UNITED STATES DISTRICT COURT**

EX PARTE ORDER RE: SEALING OF EXHIBITS