1  STEPHEN J. USOZ, SB# 189095
2  LESLIE HOLMES, SB# 192608
   YAMIN T. MAUNG, SB# 253538
3  HOGAN HOLMES & USOZ LLP
   333 West Santa Clara St., Suite 800
4  San Jose, California 95113
   Telephone: 408-292-7600
5  Fax:  408-292-7611

6

7  Attorneys for Plaintiff
   DARSHANA NADKARNI

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 DARSHANA NADKARNI,              CASE NO.  C07-04834 JF
   an individual,
13                                 PLAINTIFF'S REQUEST FOR JUDICIAL
              Plaintiff,           NOTICE
14
         v.                        [FRE 201]
15
   DATTAPRASANNA G. NADKARNI,      Date: June 13, 2008
16 an individual,                  Time: 9:00 a.m.
                                   Honarable: Judge Jeremy Fogle
17            Defendant.

18

19

20

21 Plaintiff, Darshana Nadkarni, hereby requests, pursuant to Federal Rules of Evidence 201, that the

22 court take judicial notice of the following:

23      1. The face page of the Misdemeanor Complaint, filed December 8, 1999 in the matter

24         entitled: The People of the State of California vs. Datta Gopalkrishnagen Nadkarni,

25         Docket Number C9953165, DA Number: 991234246, a copy of which is attached

26         hereto as Exhibit A;

27      /////

28      /////

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

2. The letter from the Santa Clara County, District Attorney's Office to Darshana Nadkarni, dated March 23, 2000 re: People v. Datta Gopalkrishnagen Nadkarni, Docket Number C9953165, a copy of which is attached hereto as Exhibit B.

Dated: May 30, 2008                HOGAN HOLMES & USOZ, LLP


__s/_____
STEPHEN J. USOZ
Attorney for Plaintiff