SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
SAN JOSE FACILITY

C9953165

THE PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,

**DOMESTIC VIOLENCE**
MISDEMEANOR COMPLAINT

DA NO: 991234246
CEN
99070231   DN HELD   12/8/1999

vs.

DATTA GOPALKRISHNAGEN NADKARNI (12/29/58),
12146 PLUMAS DR., SARATOGA, CA 95070
Defendant(s)

FILED
DEC 0 8 1999

STEPHEN V. LOVE
Chief Executive Officer
Superior Court of CA County of Santa Clara
By _____, Deputy

The undersigned is informed and believes that:

### COUNT 1

On or about November 30, 1999, in the County of Santa Clara, State of California, the crime of INFLICTING CORPORAL INJURY ON A SPOUSE OR COHABITANT, in violation of PENAL CODE SECTION 273.5(a), a Misdemeanor, was committed by DATTA GOPALKRISHNAGEN NADKARNI who did willfully inflict upon Darshana Nadkarni, his/her spouse, corporal injury resulting in a traumatic condition.

A <u>felony</u> conviction of the offense charged in this count requires that the defendant provide two specimens of blood, a saliva sample, right thumbprints, and a full palm print impression of each hand pursuant to Penal Code section 296(a).

### DISCOVERY REQUEST

Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within 15 days, the defendant and/or his/her attorney disclose: (A) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial; (B) Any real evidence which the defendant intends to offer in evidence at the trial.