# County of Santa Clara

Office of the District Attorney

County Government Center, West Wing
70 West Hedding Street
San Jose, California 95110
(408) 299-7400
www.santaclara-da.org



To Steve Usay

George W. Kennedy
District Attorney

March 23, 2000

Darshana Nadkarni
12146 Plumas Dr.
Saratoga, CA 95070

RE: People v. DATTA GOPALKRISHNAGEN NADKARNI
Docket No. C9953165

Dear Ms. Nadkarni,

According to our records, you were the victim in the above case. This letter is to inform you, if you are unaware, that the case has been adjudicated.

The defendant pled guilty and was sentenced on March 17, 2000. The court imposed a jail term of twenty days with credit for time served of seven days.

The defendant was placed on formal probation for three years. The defendant was ordered to participate in a domestic violence counseling program. The defendant was also ordered not to strike, harass or annoy you. The defendant cannot own or possess any weapons for the next ten years. Report any violations of this order to the defendant's probation officer. If you do not know the probation officer assigned to this case, you can contact the Adult Probation Department at (408) 435-2000.

Additionally, please report any new criminal activity to the appropriate law enforcement agency.

Thank you for your cooperation. If you have any questions, please call the District Attorney's Office Domestic Violence Unit at (408) 792-2546 or (408) 792-2547.

Respectfully,

Rolanda Pierre-Dixon
District Attorney's Office

DA Case Number: 991234246