1  STEPHEN J. USOZ, SB# 189095
2  LESLIE HOLMES, SB# 192608
   YAMIN T. MAUNG, SB# 253538
3  HOGAN HOLMES & USOZ LLP
   333 West Santa Clara St., Suite 800
4  San Jose, California 95113
   Telephone: 408-292-7600
5  Fax:  408-292-7611

6

7  Attorneys for Plaintiff
   DARSHANA NADKARNI
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  DARSHANA NADKARNI,                    CASE NO.  C07-04834 JF
    an individual,
13                                        [~~PROPOSED~~] ORDER GRANTING
14                                        PLAINTIFF'S EX PARTE APPLICATION TO
              Plaintiff,                  PLACE EXHIBITS B AND C OF THE
15                                        DECLARATION OF DARSHANA NADKARNI
         v.                               IN SUPPORT OF PLAINTIFF'S MOTION FOR
16                                        A TEMPORARY RESTRAINING ORDER
    DATTAPRASANNA G. NADKARNI,            DATED MAY 8, 2008, AND ALL OTHER
17  an individual,                        EXHIBITS FILED IN THIS CASE UNDER
18                                        SEAL CONSISTING OF PLAINTIFF'S E-MAIL
              Defendant.                  CORRESPONDENCE UNDER SEAL
19
20
21

22       Plaintiff Darshana Nadkarni's *ex parte* motion to place Exhibits B and C of the

23  Declaration of Darshana Nadkarni in support of Plaintiff's Motion for a Temporary Restraining

24  Order Dated May 8, 2008, under seal and previous exhibits filed with this court consisting of

25  Plaintiff's e-mail correspondence was reviewed by this Court, and good cause appearing.

26       IT IS SO ORDERED:

27       Exhibits B and C of the Declaration of Darshana Nadkarni in Support of Plaintiff's

28  Motion for a Temporary Restraining Order Dated May 8, 2008, and all exhibits previously filed

1   with this court consisting of Plaintiff's e-mail correspondence are hereby placed under seal and

2   will not be viewable by the Public.

3

4   Dated:  May~~-------, 2008~~ 6/12/08

5

6                               HONORABLE JEREMY FOGEL

                                 UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE ORDER RE: SEALING OF EXHIBITS