UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 13, 2008
**Case Number:** CV-07-4834-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | DARSHANA NADKARNI | V. DATTAPRASANNA NADKARNI |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Stephen Usoz | Attorneys Present: George Benetatos |

PROCEEDINGS:

Hearing on Motion for Temporary Restraining Order held.  Parties are present. The motion is taken under submission.