STEPHEN J. USOZ, SB# 189095
LESLIE HOLMES, SB# 192608
MARK V. BOENNIGHAUSEN, SB# 142147
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600
Fax: 408-292-7611

Attorneys for Plaintiff
DARSHANA NADKARNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARSHANA NADKARNI, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DATTAPRASANNA G. NADKARNI, an individual,<br><br>　　　　Defendant. | CASE NO. C07-04834 JF<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Darshana Nadkarni and Defendant Dattaprasanna G. Nadkarni by and through their counsel of record, respectfully submit the present Stipulation dismissing Darshana Nadkarni's Complaint in the above-captioned matter. The parties further agree that the parties shall bear their own costs associated with the maintenance and defense of the claims set forth herein.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with Prejudice.</u> Plaintiff Darshana Nadkarni dismisses with prejudice her complaint in the above-captioned matter.

2. <u>Costs.</u> The parties shall bear their own costs and fees incurred in the prosecution and defense of the above-captioned matter. In no event shall either Plaintiff or Defendant be entitled to recover from or be required to pay to any adverse party fees, costs, or any other

1 | remuneration emanating out of this action as a result of the instigation, prosecution, defense or
2 | dismissal with prejudice of the above-captioned matter.
3 | IT IS SO STIPULATED.

Dated: 8/11/2010

HOGAN HOLMES & USOZ LLP

STEPHEN L. USOZ
Attorneys for Plaintiff
DARSHANA NADKARNI

Dated: August 9, 2010

LAW OFFICES OF GEORGE BENETATOS

GEORGE BENETATOS
Attorneys for Defendant
DATTAPRASANNA G. NADKARNI

### ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs and fees. The Clerk of the Court is hereby directed to close the filed.

IT IS SO ORDERED.

Dated: 8/16/10

JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

STIPULATION FOR DIMISSAL

2

Case No. 07-04834 JF